# EXHIBIT A

IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
TYLER DIVISION

| | |
|---|---|
| FLINZ HOLDINGS, LLC, § <br> § <br> Plaintiff, § <br> § <br> v. § <br> § <br> PACIFIC EMPLOYERS INSURANCE § <br> COMPANY, § <br> § <br> Defendant. § | CIVIL ACTION NO. 6:26-cv-00034 |

**DEFENDANT PACIFIC EMPLOYERS INSURANCE COMPANY'S
<u>EXHIBIT A:  LIST OF PARTIES AND CASE STATUS</u>**

Pursuant to Local Rule CV-81(c)(1), Pacific Employers Insurance Company hereby files this list of parties and case status.

**Plaintiff**

Flinz Holdings, LLC

**Defendant**

Pacific Employers Insurance Company

**Case Status**

The removed case is currently pending in the 124th Judicial District Court of Gregg County, Texas.