# EXHIBIT B-2

## Case Information

### FLINZ HOLDINGS LLC VS PACIFIC EMPLOYERS INSURANCE COMPANY

2025-2073-B

**Location**
Gregg County - District Clerk

**Case Category**
Civil - Other Civil

**Case Type**
Debt/Contract - Consumer/DTPA

**Case Filed Date**
12/16/2025

**Judge**
Charles, Alfonso

**Case Status**
Open (Active)

## Parties [2]

| Type | Name | Nickname/Alias | Attorneys |
|---|---|---|---|
| Plaintiff | FLINZ HOLDINGS LLC | | J. MICHAEL MOORE |
| Defendant | PACIFIC EMPLOYERS INSURANCE COMPANY | | |

## Events [6]

| Date | Event | Type | Comments | Documents |
|---|---|---|---|---|
| 12/16/2025 | Filing | PETTOCA | PLAINTIFFS ORIGINAL PETITION AND NOTICE OF REQUIRED DISCLOSURES | POP - Flinz Holdings LLC.pdf.pdf |
| 12/17/2025 | Service | Citation By Certified Mail | - | - |
| 12/17/2025 | Filing | DOCKET | | |
| 12/22/2025 | Filing | CRCM | PACIFIC EMPLOYERS INSURANCE COMPANY | Citation Return Certified Mail.pdf |
| 1/21/2026 | Filing | ANS | Defendant Pacific Employers Insurance Company's Original Answer and Affirmative Defenses | Chubb-Flinz Holdings LLC - Def's Answer and Defenses.pdf |

© 2026 Tyler Technologies, Inc. | All Rights Reserved
Version: 2025.9.2.1680

