# EXHIBIT B-4

\*\*\* CITATION BY MAIL \*\*\*
THE STATE OF TEXAS

TO: PACIFIC EMPLOYERS INSURANCE COMPANY
CT CORPORATION SYSTEM
1999 BRYAN ST STE 900
DALLAS TX 75201-3136

Defendant in the hereinafter styled and numbered cause: **2025-2073-B**

You are hereby commanded to appear before the 124th District Court of Gregg County, Texas, to be held at the courthouse of said County in the City of Longview, Gregg County, Texas, by filing with the clerk a written answer to the Petition of Plaintiff at or before 10 o'clock a.m. of the Monday next after the expiration of 20 days after the date of service hereof, a copy of which accompanies this Citation, in Cause Number: **2025-2073-B,** styled

Suit For Deceptive, Trade Practices & Damages

FLINZ HOLDINGS LLC VS PACIFIC EMPLOYERS INSURANCE COMPANY

Attorney for Plaintiff:
J. MICHAEL MOORE
1300 N 10TH STREET SUITE 400
MCALLEN TX 78501
956-631-0745

Attorney for Defendant

Filed in said court 16th day of December, 2025.

Issued and given under my hand and seal of said Court at office, this the 17th day of December, 2025.

**Trey Hattaway**
District Clerk of
Gregg County, Texas
Gregg County Courthouse
P. O. Box 711
Longview, Texas 75606

Signed: 12/17/2025 8:55:53 AM

By _Debbie Kinney_ Deputy.

### NOTICE TO DEFENDANT

You have been sued. You may employ an attorney. If you or your attorney do not file a written answer with the clerk who issued this citation by 10:00 a.m. on the Monday next following the expiration of twenty days after you were served this citation and petition, a default Judgment may be taken against you. In addition to filing a written answer with the clerk you may be required to make initial disclosures to the other parties of this suit. These disclosures generally must be made no later than 30 days after you file your answer with the clerk. Find out more at TexasLawHelp.org.

**Officer's Return by Mailing**

Came to hand on the on this the 17th day of December, 2025, and executed by mailing certified mail restricted delivery a true copy of the citation together with a copy of Plaintiff's petition at the following address:

<u>Name & Address of Defendant</u>
PACIFIC EMPLOYERS INSURANCE COMPANY
CT CORPORATION SYSTEM
1999 BRYAN ST STE 900
DALLAS TX 75201-3136

```
*   Attach                      * Date Signed: _____
*   Return Receipt(s)_____     * Signed by: _____
*         With                  * as evidenced by the signed return receipt
*                               * attached hereto and incorporated in
*   Addressee's Signature       * the return
*                               * _____ Not executed as to defendant
*                               * for the following reason:
*                               * Circle one
*                               * Unclaimed
*                               * Refused
*                               * Return to Sender
*                               * Moved, left no forwarding address
*                               * Unable to Forward
*                               * Other
*                               * TO CERTIFY WHICH WITNESS MY HAND
*                               * OFFICIALLY.
*                               * Trey Hattaway, District Clerk
*                               * By _____ Deputy
```

Fee for serving Citation $60.00

**CITATION – BY MAILING**

| | |
|---|---|
| File No. 2025-2073-B<br>In the 124th District Court<br>Of<br>Gregg County, Texas<br><br>FLINZ HOLDINGS LLC VS PACIFIC EMPLOYERS INSURANCE COMPANY | Issued this 17th day of December, 2025.<br>**Trey Hattaway**<br>District Clerk of<br>Gregg County<br><br>Signed: 12/17/2025 8:56:03 AM<br><br>By *Debbie Kinney* Deputy<br>Returned and Filed<br>This ____ day of _____, ____<br>**Trey Hattaway**<br>District Clerk<br><br>By_____Deputy |



**CT Corporation**
**Service of Process Notification**
12/22/2025
CT Log Number 550935875

## Service of Process Transmittal Summary

**TO:** Natalie D'Amora, Senior Counsel
Chubb
436 WALNUT ST
PHILADELPHIA, PA 19106-3703

**RE:** Process Served in Texas

**FOR:** Pacific Employers Insurance Company  (Domestic State: PA)

**ENCLOSED ARE COPIES OF LEGAL PROCESS RECEIVED BY THE STATUTORY AGENT OF THE ABOVE COMPANY AS FOLLOWS:**

| | |
|---|---|
| **TITLE OF ACTION:** | FLINZ HOLDINGS, LLC vs. PACIFIC EMPLOYERS INSURANCE COMPANY |
| **CASE #:** | 20252073B |
| **NATURE OF ACTION:** | Insurance Litigation |
| **PROCESS SERVED ON:** | C T Corporation System, Dallas, TX |
| **DATE/METHOD OF SERVICE:** | By Traceable Mail on 12/22/2025 |
| **JURISDICTION SERVED:** | Texas |
| **ACTION ITEMS:** | CT will retain the current log |
| | Image SOP |
| | Email Notification,  Incoming Legal  incominglegal@chubb.com |
| | Email Notification,  Taryn Kindred  Taryn.Kindred@Chubb.com |
| **REGISTERED AGENT CONTACT:** | C T Corporation System
1999 Bryan Street
Suite 900
Dallas, TX 75201
877-564-7529
MajorAccountTeam1@wolterskluwer.com |

The information contained in this Transmittal is provided by CT for quick reference only. It does not constitute a legal opinion, and should not otherwise be relied on, as to the nature of action, the amount of damages, the answer date, or any other information contained in the included documents. The recipient(s) of this form is responsible for reviewing and interpreting the included documents and taking appropriate action, including consulting with its legal and other advisors as necessary. CT disclaims all liability for the information contained in this form, including for any omissions or inaccuracies that may be contained therein.



DISTRICT CLERK
E 334
S 75601

USPS CERTIFIED MAIL



9214 8901 9403 8347 4553 50

PACIFIC EMPLOYERS INSURANCE COMPANY
CT CORPORATION SYSTEM
1999 BRYAN ST
STE 900
DALLAS TX 75201-3140

2073-B