# EXHIBIT C

IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
TYLER DIVISION

| | |
|---|---|
| FLINZ HOLDINGS, LLC, § | |
| § | |
| Plaintiff, § | |
| § | |
| v. § | CIVIL ACTION NO. 6:26-cv-00034 |
| § | |
| PACIFIC EMPLOYERS INSURANCE § | |
| COMPANY, § | |
| § | |
| Defendant. § | |

**DEFENDANT PACIFIC EMPLOYERS INSURANCE COMPANY'S**
<u>**EXHIBIT C:  LIST OF ATTORNEYS**</u>

    Pursuant to Local Rule CV-81(c)(3), Pacific Employers Insurance Company hereby files this list of attorneys.

| **Attorneys for Plaintiff** | **Attorneys for Defendant** |
|---|---|
| J. Michael Moore | Kristin C. Cummings |
| State Bar No. 14349550 | Texas Bar No. 24049828 |
| R. Nicholas Moore | kcummings@zellelaw.com |
| State Bar No. 24098134 | Scott Keffer |
| [firstpartylit@moore-firm.com](mailto:firstpartylit@moore-firm.com) | Texas Bar No. 24114753 |
| **MOORE LAW FIRM** | skeffer@zellelaw.com |
| 1300 N. 10th Street, Suite 400 | Zachary D. Fechter |
| McAllen, Texas 78501 | Texas Bar No. 24143628 |
| Telephone:     956-631-0745 | zfechter@zellelaw.com |
| Facsimile:     888-266-0971 | |
| | ZELLE LLP |
| | 901 Main Street, Suite 4000 |
| | Dallas, Texas  75202 |
| | Telephone:     214-742-3000 |
| | Facsimile:     214-760-8994 |