# EXHIBIT D

IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
TYLER DIVISION

| | | |
|---|---|---|
| **FLINZ HOLDINGS, LLC,** | § § § | |
| Plaintiff, | § § | |
| v. | § § | CIVIL ACTION NO. 6:26-cv-00034 |
| **PACIFIC EMPLOYERS INSURANCE COMPANY,** | § § § § | |
| Defendant. | § § | |

**DEFENDANT PACIFIC EMPLOYERS INSURANCE COMPANY'S**
**EXHIBIT D:  TRIAL BY JURY**

Pursuant to Local Rule CV-81(c)(4), Pacific Employers Insurance Company hereby files this record of which parties have requested a trial by jury.

- Plaintiff requested a Jury Trial in its Original Petition filed on December 16, 2025.