# EXHIBIT E

IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
TYLER DIVISION

| | | |
|---|---|---|
| **FLINZ HOLDINGS, LLC,** | § | |
| | § | |
| Plaintiff, | § | |
| | § | |
| v. | § | CIVIL ACTION NO. 6:26-cv-00034 |
| | § | |
| **PACIFIC EMPLOYERS INSURANCE COMPANY,** | § | |
| | § | |
| Defendant. | § | |

**DEFENDANT PACIFIC EMPLOYERS INSURANCE COMPANY'S**
**EXHIBIT E:  NAME AND ADDRESS OF STATE COURT**

Pursuant to Local Rule CV-81(c)(5), Pacific Employers Insurance Company hereby files this information regarding the court from which this case is being removed.

124th Judicial District Court
Gregg County, Texas
Honorable Alfonso Charles
Gregg County Courthouse
101 E. Methvin, Suite 447
Longview, TX 75601