# EXHIBIT H

Case 6:26-cv-00034     Document 1-12     Filed 01/21/26     Page 1 of 2 PageID #: 52

NAIC Company Code
22748

## Pacific Employers Ins Co
## Company Overview for 2024
## Property/Casualty

Commenced Business Date:  October 1, 1923
State of Domicile:  PA

436 WALNUT STREET
PHILADELPHIA, PA  19106

Company Code = 22748
Group Code = 626
Group Name = Chubb Ltd Grp
FEIN: 95-1077060

WWW.CHUBB.COM
215-640-1000

### Assets, Liabilities and Capital & Surplus





| Key Financials | |
|---|---|
| Assets | $1,005,805,278 |
| Liabilities | $83,341,707 |
| Capital and Surplus | $922,463,571 |

Assets = Liabilities + Capital & Surplus

### Top Direct Premiums by Line of Business



| Line of Business | |
|---|---|
| Homeowners multiple peril | $46,732,531 |
| Fire | $18,460,545 |
| Other liability - occurrence | $15,859,875 |
| Workers' compensation | $15,127,613 |
| Inland marine | $8,688,679 |

### Three-Year Net Income



| FAS_YEAR | |
|---|---|
| 2024 | $6,623,631 |
| 2023 | $12,961,622 |
| 2022 | $4,240,681 |

### Complaint Count



| Complaint Year | Complaint Count |
|---|---|
| 2025 | 0 |
| 2024 | 0 |
| 2023 | 3 |

Recipient agrees not to market, sell, reprint, reproduce or distribute without the express written permission in advance from the NAIC.
For copyright and reprint information, please visit https://www.naic.org.

Report reflects data reported from the state insurance department to the NAIC as of January 13, 2026

Copyright © 1991 - 2026 National Association of Insurance Commissioners.  All rights reserved.